UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ,<br>Petitioner,<br>v.<br>WORLD WORLD WAY, et al.,<br>Respondents. | Case No. 23-cv-00295-WHO (PR)<br><br>**ORDER DISMISSING PETITION WITH LEAVE TO AMEND** |

Petitioner Jose Antonio Rodriguez has filed a habeas action under 28 U.S.C. § 2241. The petition for habeas relief lacks all significant information, *e.g.*, where and when Rodriguez was convicted; the length of his sentence; what crimes he was convicted of; and what his claims for relief are. In fact, most of the form is entirely blank. Accordingly, the petition is DISMISSED with leave to file an amended petition on or before **March 1, 2023**. No extensions of time will be granted.

The amended petition must be completed properly and all questions answered. Failure to file a properly completed petition will result in the dismissal of this habeas action. Rodriguez must also name a proper respondent. In habeas actions, it is the person in charge of the facility in which the habeas petitioner is housed. He currently names the CDCR and World World Way as respondents.

The amended petition must include the caption and civil case number used in this order (23-00295 WHO (PR)) and the words FIRST AMENDED PETITION must appear on the first page. The petition must appear on this Court's form. Because an amended petition completely replaces the previous petitions, petitioner must include in his amended petition all the claims he wishes to present. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262

(9th Cir. 1992). Petitioner may not incorporate material from the prior petition by reference. Failure to file an amended petition in accordance with this order will result in dismissal of this action without further notice to petitioner.

It is Rodriguez's responsibility to prosecute this case. He must keep the Court informed of any change of address by filing a separate paper with the Clerk headed "Notice of Change of Address." He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so. Failure to comply will result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Rodriguez's application to proceed in forma pauperis is GRANTED. (Dkt. No. 2.) The Clerk shall terminate all pending motions.

**IT IS SO ORDERED.**

**Dated:** January 26, 2023



WILLIAM H. ORRICK
United States District Judge