United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ANTONIO RODRIGUEZ,
    Petitioner,

v.

COALINGA STATE HOSPITAL,
    Respondent.

Case No. 23-cv-00295-WHO (PR)

**ORDER OF DISMISSAL**

Dkt. No. 6

    Petitioner Jose Antonio Rodriguez was ordered to file an amended petition because his original petition lacked all significant information, such as where and when Rodriguez was convicted; the length of his sentence; what crimes he was convicted of; and what his claims for relief are. (Order Dismissing Petition, Dkt. No. 4 at 1.) Most of the form was entirely blank. (*Id.*)

    The amended petition likewise lacks all significant information and is largely blank. (Dkt. No. 5.) Accordingly, this federal habeas action is DISMISSED (without prejudice) for failing to comply with my Order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

    Because this dismissal is without prejudice, Rodriguez may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain an amended petition that has been properly completed.

1    Rodriguez's second motion to proceed *in forma pauperis* (IFP) is DENIED as moot
2 because I granted his prior IFP application. (Dkt. No. 6; Dkt. No. 4 at 2.)
3    The Clerk shall terminate all pending motions, enter judgment in favor of
4 respondent, and close the file.
5    **IT IS SO ORDERED.**
6  **Dated:**  April 6, 2023



WILLIAM H. ORRICK
United States District Judge